HARVEY, EXECUTOR DE SON TORT, v. DRUMMOND.

Justice has no jurisdiction of a cause in which the title to land is involved.

*Certiorari* to Justice Breese.

Harvey, Executor, v. Drummond.

The court having inspected the return, it appeared that the action had been brought by Drummond against Harvey, as executor, in his own wrong, of Silas Wooley, deceased, to recover back a sum of money which the plaintiff had paid to Wooley for a trespass in cutting timber on land supposed to have belonged to Wooley. Drummond, to maintain his action, alleged that it had since been discovered that the land belonged to another person, and contended that the money, having been paid under a mistake, ought to be refunded.

[218] PER CUR. This judgment must be reversed. Drummond's right to recover back the money depended altogether upon Wooley's title to the land, which was a question not triable by the justice. See *Smith* v. *Layton, ante* 177.

Judgment reversed.